# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *  *
                                   *
JA GROUP, LLC,                     *
                                   *
         Plaintiff,                *
                                   *    No. 16-1368C
     v.                            *    Filed: October 30, 2017
                                   *
UNITED STATES,                     *
                                   *
         Defendant.                *
                                   *
* * * * * * * * * * * * * * * * *  *
```

## O R D E R

     The court is in receipt of the parties' October 27, 2017 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2017), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs, attorney fees, and expenses.

     **IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
     **Judge**
